UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS MILLER SPECIALTY OFFSHORE, individually and on behalf of Certain Underwriters Subscribing to Policy UMR B0180ME2017007,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRON HYDRO, LLC et al.,<br><br>Defendants. | CASE NO. 2:22-CV-00540-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 85. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 9th day of July, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1